# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph | ☐ Southern | Jackson County and elsewhere | ☒ Secret Indictment ☐ Juvenile |
| ☐ Central | | | |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name      (1) April D. Davidson
Alias Name
Birthdate      July 24, 1982

**Related Case Information**

Superseding Indictment/Information  ☒ Yes  ☐ No  if yes, original case number 19-cr-00156-SRB
New Defendant  ☐ Yes  ☒ No
Prior Complaint Case Number, if any  19-MJ-00065-JTM
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA   Adam Caine

**Interpreter Needed**
☐ Yes      Language and/or dialect
☒ No

**Location Status**
Arrest Date    April 12, 2019
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required  ☐ Yes  ☒ No
Warrant Required  ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts     3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| 2 | 21:841A=CD.F/6801/4 | Possession of a Controlled Substance w/ Intent to Distribute | 4, 8 |
| 3 | | | |

(May be continued on reverse)

Date   8/30/19         Signature of AUSA   /s/ Adam Caine