# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ **Western** | ☐ **St. Joseph** | **St. Clair** | ☒ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | **County and** | ☐ **Juvenile** |
| ☐ **Southwestern** | | **elsewhere** | |

**Defendant Information**

Defendant Name — (5) Steven L. McDowell

Alias Name — _____

Birthdate — 04/30/1971

## Related Case Information

Superseding Indictment/Information   ☒ Yes   ☐ No   if yes, original case number 19-00156-01-CR-W-SRB

New Defendant   ☒ Yes   ☐ No

Prior Complaint Case Number, if any [separate case *US v. Steven McDowell*, et al, 18-00358-02-CR-W-DGK]

Prior Target Letter Case Number, if any _____

## U.S. Attorney Information

AUSA Adam Caine

## Interpreter Needed

☐ Yes        Language and/or dialect _____

☒ No

## Location Status

Arrest Date _____

☐ Currently in Federal Custody

☐ Currently in State Custody

☒ Currently on Bond

Writ Required        ☐ Yes  ☒ No

Warrant Required     ☐ Yes  ☒ No

## U.S.C. Citations

Total # of Counts ____2____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| **1** | 21:846=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 1 |
| **2** | 21:841A=CD.F/6801/4 | Possession With Intent to Distribute Methamphetamine | 3 |
| **3** | | | |
| **4** | | | |

(May be continued on reverse)

Date   8/30/19 _____        Signature of AUSA   */s/ Adam Caine* _____